## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Odildzhon E., | Civ. No. 26-312 (JWB/DTS) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *in their official capacity as Attorney General of the United States*; Kristi Noem, *in her capacity as Secretary of the United States Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*; and David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*, | **ORDER ON CONSENT MOTION TO VACATE** |
| Respondents. | |

E. Michelle Drake, Esq., Berger Montague PC, counsel for Petitioner.

Ana H. Voss, Esq., United States Attorney's Office, counsel for Respondents.

The Parties filed a Consent Motion to Vacate on January 21, 2026. (Doc. No. 10.) This matter became moot before the Order on the Petition for Writ of Habeas Corpus (Doc. No. 8) was issued because Petitioner had already been released from custody.

As no justiciable controversy currently exists for this Court to adjudicate, this matter is closed without further proceedings.

## ORDER

Based on the foregoing, and on all the files, records, proceedings in this case,

**IT IS HEREBY ORDERED** that:

1. The Consent Motion to Vacate the January 17, 2026 Order (Doc. No. 10) is **GRANTED**.

2. The Order on Petition for Writ of Habeas Corpus (Doc. No. 8) is **VACATED**.

3. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED AS MOOT**.

4. Nothing in this Order adjudicates the merits of Petitioner's adjustment application.

5. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: January 22, 2026                               *s/ Jerry W. Blackwell*
                                                      JERRY W. BLACKWELL
                                                      United States District Judge